*Name:* Fei YE

*Address:* 1235 E Pennsylvania Ave.

Redlands CA 92374

*Phone:* 909-280-1105

Plaintiff In Pro Per

baychay@hotmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fei Ye | ED CV18-01492 SJO (KKx) |
| | Case No.: |
| | (To be supplied by the Clerk) |
| PLAINTIFF, | **COMPLAINT FOR:** |
| vs. | Discrimination |
| Hugo Boss Retail Inc. | Based on National Origin and Race |
| | (CALIF, GOV'T CODE §12940, et seq.) |
| | |
| | |
| | **Jury Trial Demanded** |
| DEFENDANT(S). | |

## I. JURISDICTION

1. This Court has jurisdiction under   28 USC §1332.

1

## II. VENUE

2.  Venue is proper pursuant to 28 U.S.C.§1391 (b) because a substantial part of the events or omissions giving rise to this action, including the unlawful parties alleged herein, occurred in this district.

## III. PARTIES

3.  Plaintiff's name is Fei Ye . Plaintiff resides at: 1235 E Pennsylvania Ave. Redlands CA 92374

4.  Defendant Hugo Boss Retail, Inc, Corporation located in New York City, New York.

5.  Defendant

2

*Page Number*

## IV. STATEMENT OF FACTS

Plaintiff has complied with all statutory prerequisites to filing the action, Plaintiff filed a Verified Complaint with the California Department of Fair Employment & Housing. Plaintiff received a Right to Sue letter dated July 14 2017 giving Plaintiff one year from the date of this letter. To file suit. A copy of this letter is attached.

COMPLAINT FOR:
(1)DEFAMATION,
(2)DEFAMATION PER SE,
(3)INTENTIONAL INFLICATION OF EMOTIONAL AND BODY DICTRESS,
(4)RACIAL DISCRAMINATION, DISPARATE TREATMENT, DISPARATE IMPACT,
(5)Perjury.

Plaintiff Fei YE brings this action to the Defendants for the Disparate treatment and disparate impact. false statement, misleading, disparaging, defamatory, conceal, perjury and forge that were willful and malicious. The Defendants is timid that dare not to face the mistakes, only know covering and denying the truth trapping their own. The reason came from the messed enterprise management based on the dirty Hitler-Nazi history and culture. This case is a battle against the evil.

1. The W2. On 01/27/2016 I asked for the W2 by email to Mrs. Luis Roman, the manager of HR in NYC, Mrs. Angelique Meurer, the manager of the area. One years ago on 02/24/2015, the Hugo Boss dismissed me with no respect, no responsibility, no normal, no dignity, cruelly, fiercely way. The good marriage, the good divorce, same. I was a one year immigrant I did not know the W2, you know it. It's about my credit and the tax duty. You do not care of it, I do. Give me a reverse onus for other employees, to proof it is not disparate treatment to me.

2. Hiring. On 9/19/2014 at 2pm Mrs. Alex Lucero, the store manager, came to the Brooks Brothers store when I was working. She was too bold and scared me as like in her home. Two days later she offered me "$10/h + commission and benefits", full time, I have to quit the job. Three weeks later, on 10/12/14 Alex called me for paper work and tried to change to the $9. I said NO, NEVER. She said OK and keeping $10. During the paperwork next day, Alex suddenly changed to $9 again. She lied the computer not work, "You see", and $1 will be return by benefit. She used the power and language advantage. I was forced to sign by her meanly, greedily,, naked kidnapping trick. Mrs. Angelique Meurer, the area manager, knew it and guided it. The focus is not for $1, it's for credit, trust, reputation. Only one lie is enough. How many words they said are truth, credible. They are shameless, no moral. Give me a reverse onus if it's not. To see the translation 2 on the email 02/23/2015, on the 1 on 02/11/2016 to the DFEH, on the 4 on the 07/12/2016, on the 1 on 06/26/2017, and on the 11 on 07/14/2017.

3. Translate Chinese words. On 11/17/2014 Alex let me writing a notice in Chinese "Moving the store 11/18-11/21 closed" on the front door, see the picture on the email to the DFEH on 07/14/2017. Because in outlets about 90% customers speak Chinese. They are so kindly and warmly. In other hand, I asked for translate a "Return Polity" that is a hand size with more small English words. Alex and Mr. Thomas Escalera, vice store manager, said no. Many Chinese customers claimed the trap just for not return. The Hugo Boss willfully set a trap of disparate treatment toward Chinese customer and me. After marriage they jumped more covered babies, you can't return, same. Give me a reverse onus it's not. To see the 2, 3, on the 07/14/2017 to the DFEH.

3

4. No Computer, No key. Thomas had been restricting my sales for my job. On 11/23/2014 at 5pm, Thomas yelled to me: "DO NOT TOUCH COMPUTER! DO NOT TOUCH COMPUTER!". He pointed on my chest with finger, with fury eyes yelled to me: "TAKE OUT! TAKE OUT!". He forced me to take out a coupon, and he fiercely teared it though into trash. I stand up being like a Hitler's prisoner. I asked Thomas why we joined the coupon book and keeping cover to the Chinese customers. He waved hand impolite: "WE ARE FAMOUS. THEY (CHINESE) DON'T MIND THE PRICE". At 7 pm Thomas protected Maritza stole my customer, "SHE IS NICE! YOU LET HER UPSET!" On 01/28/2015 at 5 pm Thomas staring at me yelled rudely: "YOU CUT MY COMMISION! YOU CUT MY COMMISION!" because of my answer "Yes" to a Chinese customer asking coupon. He forced me to lie. All co-worker have a fitting-room key, but I can not. To see the 4, 14, 15, on the 07/14/2017 to the DFEH.

5.They are first. On 10/31/14 at 6pm, I actively invited Thomas asking for advice how can I do better. Later Alex gave me a warning paper "Thomas had to explain to" was not the truth. The warning of the 10/29/2014 and 10/31/2014 were not the truth. Thomas showed and drew to me on a paper why hiring me. The meaning is: "Here fives fingers were like customers that will be more in the future. Now we could take the third or the fourth one. We hoped you take the rest". I was surprised. It means they take first, the leftover for me? I drew it again to check. Yes! I was frozen Base on his rule I had no right to ask for equal pay for equal work. I had to wait their dog foods leftover. See translation 11.

6.The Group. On 10/20/2014 it was my first working day. I got bad feeling for my co-worker Mr. Juan Garcia stole and robbed my customers by helping of his brother Joel Soto. On 10/22 I lost $2,200. On 10/25 I lost $1,500. A 50's customer wanted pay my lost by $20 as compensation to me, I told it to Mrs. Laureen Sanchez on 10/29. On 10/25 at 8pm I told to sales manager Mrs. Tiffany Doss about Juan. She said why I heard him too? ( She leaved the store on 12/31/2014). Mrs. Maritza Verdin, Sales woman, with long tongue overheard my words passing on his group. She was 2nd thief in my eyes. She also told my they worked for 8 years, 4 years, and about Thomas. The Cesspit. On 10/28/14 at 12 pm Juan did it again. I did not bear and angry. On 10/29/14 at 7:30 pm Laureen invited me have a talk. I replied I was like a doormat. Juan came by loudly: "WE ARE A TEAM! WE ARE A TEAM!". I welcome communication. I am generous, but I did not agree the disparate treatment and disparate impact. And I did not agree they force me sign the warning paper that against the law. See translation 13.

7.Harass. I was upset for Laureen and Maritza. Two women had been interesting in sowing discord and fiddling instigation. The both were so curious as like spies to another store the Kate Spade to see my wife. And joking her name. I knew Laureen's cousin worked in the Kate Spade and be fired for stolen $2000, which Laureen never told me. On 12/26/14 Christmas day at 2 pm the both kept continue joking me "HOW TO SAY BADWORD? TELL ME, I'LL KEEP IT SECRET. NO? I'LL ASK M (my wife)". And Maritza shameless singly tried " SHE'S GONE, TELL ME, I'LL KEEP IT SECRET." I was shamed and embarrassed for the Hugo Boss. The Cesspool. They were enjoying to harass me with a group. How about ask your parents, your husband, and your children.

8.Illegal Signature. On 11/9/14 at 6pm Alex with Tiffiny gave me a warning that all totally terrible unfair full with my rumor. I was so angry that I had to rush into restroom to keep calm. I suggested a fair way to avoid contradiction they said NO. As a victim I fell into a cesspit of two factional fighting. All problem came from the messy management. I asked Alex why you only aimed to me not to Juan. Alex said same way to Juan. Now I ask for the evidence, show it on court. The Hugo Boss lie are famous and traditional. To see the 3 third on 06/26/2017 to the DFEH. The translation 13. The 12, on the 07/14/2017.

4

9. Work Injure. On 11/18/14 I fell down rolling towards on my back and head when moving in a new store. A display glass counter was broken. I was fear of their warning papers and to be fired. About 15 store managers from Southern California were there, no one care of me to see doctor. They are all top-class training managers. They also knew the law or the rule of government. Give me a reverse onus, if it's not discrimination for the original and the race.

10. Abuse Joking. On 02/08/2015 Juan instigated the store Keeper Even suddenly aiming my ear closed my back to shout a thunder when I was in silent store lower to find shirts. I was frighten on heart and head echoing dizzy. When I went out the storage I saw Juan laughed loudly at me far away at the front platform "BAY! BAY! HAHA! YOU SCARED! YOU SCARED! HAHA!" All clients saw me. I controlled my voice: "You can't frighten me to be sickness. You can't do that. Juan laughed loudly: "NONONO! THIS IS AMERICAN JOLING!". I knew Even is a good guy, and he was used as a gun by Juan. After that day I have to be very careful and upset into storage for protecting the JOKING from Juan. I dared not to sell, no commission, only working. I ask for Juan, Thomas, Luis Roman, HR top manager NYC, to court answer my question, to see who will be naked streaker.

11. Heaven pointing the lies. On 2/14/15 Laureen told me "SMILE, SMILE". I felt danger coming toward me. On 2/17/15 the sales manager Ronaldo Serrano, sales manager Andrew Feazell, cashier Sky Wilson, the three rudely cut my $1,200 common together. In same day 2/14/15 while Juan was actively talking with me, a woman, next me on my right hand, asked me in Chinese (with Beijing dialect), asked me for help. Juan jumped over robbed my customer. He was so funny, quickly, rudely, no normal. I was surprised. I has to be smiled him because seconds before we were friends. I pointed on his back, but never touched him. I smiley said in Chinese. The meaning: "ONLY FOR MONEY, MOENY, MONEY". The woman saw us joking. Juan kept smile too. His brother Joel Scto saw us. Thomas can use the same way to me", my point was more nice than his insults. Juan also can use abusive joking to me by this way. Now I ask for the same right. If it's not Discrimination, not Disparate treatment and Disparate impact, give me a reverse onus. See the 8, 9, 06/26/2017 to the DFEH.

12. Perjury and fraud. On 02/20/2015 Thomas showed me a video that had been cut and it's a perjury. It's not entire. Cutting video. It can't be evidence. I ask for the whole one. See the attachments on 02/23/2015 the Translation 1, and indictments 1.

13. Many traps. I hope Alex answer my question why you only showed me a video and only talked with me for the case on 12/06/2014. You could have a meeting to all co-workers. You were clearly to point a Chinese woman that you did not have any evidence, just by your mouth to make false stories. I did not give you any chance to trap me. It was written in your paper warning with your misused power. See the Translation 9, and indictments 9.

14. Disparate treatment and Disparate impact. I got praises by customers, the Hugo Boss was very mean never showing it on the wall. See the 6, on 02/11/2016. The 18, on the 07/14/2017. The 6-third, on the 06/26/2017 to the DFEH. The translation 11.

15. All people included in this case are victims of the evil discrimination culture with lie, perjury, devil joking, blowing gab, forming clique, sowing discord, making mischief. The Defendants need get a big punishment. The money have to hold in the right organization to help people they hurt. For an award of money damages in accordance with the evidence, but not less than ONE BILLION DOLLARS ($1,000,000,000), together with interest thereon for damage to Plaintiff's personal and reputations. For an award of punitive damages sufficient to punish and deter the conduct complained of herein. For Pro Se's fees and costs of suit herein; For a retraction of the false, malicious, defamatory, and materially misleading statement complained of herein; and for such other and further relief as this Court deems just and proper.

Pro Se Clinic Form                    Page Number

Attachment 1: Emails and indictments to the Hugo Boss (02/20/2015 - 02/04/2016)

** 02/04/2016, TH. THE W2
From: chay Bay <baychay@hotmail.com> Sent: Thursday, February 4, 2016 8:42 AM
To: Thacker, Angelique; luis_roman@hugoboos.com; chay Bay
Subject: RE: From W2 2015 Bay( Fei Ye)
Dear manager, Would you please send me W2 2015? thank you! Bay (Fei Ye)

** 02/01/2016, MO. THE W2
From: chay Bay <baychay@hotmail.com> Sent: Monday, February 1, 2016 5:05 PM
To: Thacker, Angelique Subject: RE: From W2 2015 Bay( Fei Ye)
Dear manager Angelique Meurer I don't know what is ADP, I don't receive your copies today just checked. Please send t to 1235 E Pennsylvania Ave. Redlands CA 92374 Thank you! Bay ( Fei Ye)

** 01/28/2016, TH. THE W2
From: Angelique_Meurer@hugoboss.com
To: baychay@hotmail.com  Subject: Re: From W2 2015 Bay( Fei Ye)
Date: Thu, 28 Jan 2016 21:39:33 +0000
Hello Bay  if you had ADP access you should be able to print a copy from there  if not copies are being sent to home addresses starting Monday  please let me know if you have any questions Angie

** 01/28/2016, TH. THE W2
From: chay Bay <baychay@hotmail.com> Sent: Thursday, January 28, 2016 1:01 PM
To: angelique_meurer@hugoboss.com; Luis_Roman@hugoboss.com
Subject: From W2 2015 Bay( Fei Ye)
Dear manager,  Please send me W2 2015, Fei Ye, (Cabazon store).  thank you!  Bay (Fei Ye)

** 01/27/2016, WE. THE W2
From: chay Bay <baychay@hotmail.com>  Sent: Wednesday, January 27, 2016 10:07 AM
To: luis_roman@hugoboos.com  Subject: For W2 2015 Bay(Fei Ye)
Dear Manager Hugo Boss,  Please send me W2 2015.  Thank you!  Bay( Fei Ye)

*** Indictments 0:
Mrs. Luis Roman, the manager of HR NYC, Mrs. Angelique Meurer, the manager of the area. I hope you both to court to explain the fact and truth. You dismissed me on 02/24/2015 one year ago with no respect, no dignity, irresponsibility. As a one year immigrant I did not know the W2, you know it. If I did not ask for it that could hurt my credit and the tax duty as a trap you set. You did not care of the responsibility and reputation, I do. Give me a reverse onus you were no any racial discrimination and disparate treatment to me and other employees in all Hugo Boss.

** 02/23/2015, MO:
From: chay Bay <baychay@hotmail.com>  Sent: Monday, February 23, 2015 1:07 PM
To: info@hugoboss.com  Subject: from Bay, USA
To:  Responsible for group.hugoboss.com  HUGO BOSS AG  Dieselstr. 12 D-72555 Metzingen Germany  Authorized Representative of the Executive Board: Claus-Dietrich Lahrs (Chairman), Christoph Auhagen, Mark Langer  Chairman of the Supervisory Board:  Dr. Hellmut Albrecht  Registered in: Register of commerce at Local court Stuttgart, Germany HRB 36 06 10 VAT Nr. DE147164472 Contact:Telephone:+49(0)712394-0Fax:+49(0)7123 94-2014
Email: info@hugoboss.com

** 02/23/2015, MO.
From: Angelique Meurer <Angelique_Meurer@hugoboss.com>
Sent: Monday, February 23, 2015 10:54 PM  To: chay Bay  Cc: Alex Lucero; Luis Roman
Subject: Re: From Bay
Hi Bay. I have forwarded your letter and email to Luis Roman. Kindest Regards Angie

From: chay Bay <baychay@hotmail.com>  Sent: Monday, February 23, 2015 12:56 PM
To: info@hugoboss.com  Subject: from Bay
Dear area manager Angelique Meuer, manager Alex Lucero,
Angelique_Meurer@hugoboss.com
Alex_Lucero@shops.hugoboss.com
Luis_roman@hugoboss.com

From: chay Bay <baychay@hotmail.com>
Sent: Monday, February 23, 2015 12:48 PM
To: Angelique_Meurer@hugoboss.com; Alex_Lucero@shops.hugoboss.com
Subject: From Bay
Dear area manager Angelique Meuer, manager Alex Lucero,
Angelique_Meurer@hugoboss.com
Alex_Lucero@shops.hugoboss.com

From: chay Bay <baychay@hotmail.com>
Sent: Monday, February 23, 2015 12:45 PM
To: Angelique_Meuer@hugoboss.com; Alex_Lucero@shops.hugoboss.com
Subject: From Bay
Dear area manager Angelique Meuer, manager Alex Lucero,
Angelique_Meurer@hugoboss.com
Alex_Lucero@shops.hugoboss.com

From: chay Bay <baychay@hotmail.com>  Sent: Monday, February 23, 2015 12:49 PM
To: Angelique_Meurer@hugoboss.com; Alex_Lucero@shops.hugoboss.com;
Luis_roman@hugoboss.com  Subject: From BAY
Dear area manager Angelique Meuer, manager Alex Lucero,
Angelique_Meurer@hugoboss.com
Alex_Lucero@shops.hugoboss.com
Luis_roman@hugoboss.com
How are you? The time is 12:45, I tried to get email address for Luis_Roman and waiting long time, but sorry no any answer. So I send the letter to you, please transfer it to NYC.
Have nice day! Bay

Luis_roman  Manager of HR service  (212)940 0838  Luis_roman@hugoboss.com
Dear manager LUIS_ROMAN:  How are you? If you can't read this Chinese letter, please invite a Chinese for help, or I could put it on the net for help. But all result or influence belong to Hugo Boss.

7

2/20/2015 11:18 I sent an email to Alex,

2/20/2015 1:30, Chinese New Year, I bought a big cake $25 for Hugo Boss staff, thanks for their help. Refolding in back.

2:45 Laureen said Thomas call me for conversation and talking with NYC manager on telephone. She said Stop work go to home, waiting for Tuesday. 3:05 clock out.

3:45 I sent an email to NYC luis_roman@hugoboos.com, but returned for email address fault.

2/23/15 9am calling 212-940-0838, a woman received and clear "I sent an email to you but returned, please send your email to baychay@hotmail.com"

9:37am calling 212-940-0838, no answer, changed to record, said my email twice.

9:54am same, said my email twice. No answer.

MY 3 PIONTS:
1. STOP RACE DISCRIMINATION, 法律面前人人平等, see 1.2、1.3、5.1、5.8
2. 讲人道, 尽快派人送我去医院检查。见 2.1
3. 暂时不能上班。我长期受到RACE DISCRIMINATION, 身体受伤, 要求休假治疗。2/20/15 3pm在回家路上两次险出车祸, 三天我太太每次开车出门都要返回两次情绪不好, 均和Boss RACE DISCRIMINATION有关, 一切后果将追究Boss的法律责任。

Have nice day! Thank you! Bay

* Translation 1:

MY 3 PIONTS:
1. STOP RACE DISCRIMINATION, 法律面前人人平等, see 1.2、1.3、5.1、5.8
2. 讲人道, 尽快派人送我去医院检查。见 2.1
3. 暂时不能上班。我长期受到RACE DISCRIMINATION, 身体受伤, 要求休假治疗。2/20/15 3pm在回家路上两次险出车祸, 三天我太太每次开车出门都要返回两次情绪不好, 均和Boss RACE DISCRIMINATION有关, 一切后果将追究Boss的法律责任。

MY 3 PIONTS:
1. STOP RACE DISCRIMINATION, equal right and law, See 1.2, 1.3, 5.1, 5.8 below.
2. With the humanity as soon as possible send me to check. See 2.1 below.
3. Temporary I can't work. I have been enduring the RACE DISCRIMINATION for long time, my body was hurt, I ask for having rest and cure. On 02/20/2015 3:00 pm on the return home I nearly made twice traffic accidents. Twice in three days my wife has to return soon after she went out because of the bad emotion, which related with the RACE DISCRIMINATION of the Boss. For all result and the responsibility of law the Boss should be taken.

*** Indictments 1:
1. Luis Roman, if you did not like to know the truth, you should not make a promise with cheating email and phone, you were fool easily provoked by them, this is in work seriously. You were cruelly, rudely, Nazi style. You should respect yourself first. You owed me.
2. The truth is that you was deceived and cheated by Juan and Thomas, also Laureen, Maritza, and Joel. The video mislead your eyes that was cut no entire background. It's also against the physical rule. It's easy to proof the perjury and forge on the court, to see who will be naked.
3. I was told that John Meurer, the husband of Angelique Meurer, used to work in Cucci, Canali I met, who knew Thomas Escalera before. I knew I will be a victim and sacrifice for your inner struggle in less a week I came. I can get any criticisms and punishment, but never agree your malicious discrimination, no moral, not truth, no trust, shameless, no a little basis of human being.
4. The Hugo Boss was very mean for saving time and money to avoid checking doctor after my work injury on 11/18/2014 under all eyes over 10 top managers from the Southern CA for

moving a new store. You were despite of the life, before the work injury, my 100 meter was 14 second. Your messed management and dirty culture made me lost happy life. Compare with the life, how about the dignity, right, and reputation in your eyes? As returns, how about happening on your families in the future?

5.See the 12, on 02/11/2016 to the DFEH. The 3, 05/13/2016 to the DFEH. The 6, 07/12/2016, The 9, on the 06/26/2017 to the DFEH.

* Translation 2:

Dear manager Mrs. Alex Lucero, 我在9/19/14 Brooks Brothers折叠衬衫时和你相识，感谢你把我引进Hugo Boss，尽管10/13/14 paper work把时薪\$10降到\$9，因已辞职才加入Boss大家庭，深受中国文化影响，知道感恩。本信中文将转译英文，如有需要，可以公开。

I met you on 09/19/2014 in the Brooks Brothers store when I was folding shirts. I do thank you invited me to the Hugo Boss. Although 10/13/2015 being in the paper work you cut \$10 to \$9, because I have quitted the job, so I have to join in your big family of the Boss. I was deeply influenced by the Chinese culture, and I know the meaning of thanks. This Chinese letter will translate into English for public if it needed."

*** Indictments 2:

1.See the 1, on 02/11/2016 to the DFEH. The 4, on 07/12/2016. The 1, on the 06/26/2017 to the DFEH.

2.I tried to keep two jobs, but Alex did not agree it. She asked me to quit the former job. The \$10/h is not first important, but the trust, lies, and cridit. This is a serious contracts for job, career, and life. You can't change it again and again. I was very hot for I have quitted the job and no choice. The Hugo Boss even used this kind of mearnly naked kidnapping way that from Mrs. Angelique Meurer who lead Alex, too greedy for your personal commission, so I hope you both to court, especially Luis Roman, let us face to face to see who has the qualification, dignity, and confidence to talk about the truth. Since offering the deal the Hugo Boss had enough time three weeks to inform me. You should not hurt your credit and reputation to " HIT" me.

3.The Hugo Boss culture decided playing game no trust, no real words, shameless. You willfully took your advantage of power, my not well English, a new immigrant, by your not fair hiring, disparate treatment, by mean forcing, to deceive me. The Hugo Boss culture also diceided traps for all people include the DFEH and lawyers.

4.The Hugo Boss used illegal evidence to the DFEH and the lawyer. It's also need the Bar to judge.

5.Why Alex dug me with not decency way when I was busy in working time on 09/19/14. You let me embarrassed and scared, just because you were too bold, sophisticated. You never thought about others feeling for digging a person from other house, be like in your home. The Hugo Boss culture always extremely selfish, no moral. If it's not, please give me a reverse onus of the examples lists.

6.Alex, you used to work in Brooks Brothers, please show me the document you was fired by the Brooks Brothers, and they agreed you to do this kind of trustful, no shame, under the sun business competition. Only by this way, your Hugo Boss should understand how did you treat me with meanly warning paper, and how to hurt me.

9

\* Translation 3:

1. 为什么写此信？

1.1自上周以来，我进库房找衣服时几次听见你的助理Thomas HAHA大笑，又喊又跳，一面有人病倒，一面幸灾乐祸，眼睛总瞪我，看见大家恭维他，得意忘形，政治上不成熟，就预感你可能回不来了。

1.Why I wrote this letter?

1.1. Since last week, when I was finding cloth to the storage, I heard several time your assistant Thomas Escalera with big laughing HAHA singing and dancing. One side some one fell down in sickness, one side took pleasure in others misfortune. His eyes often stared at me. He enjoyed all compliments with the success forgot himself. He is not mature in politics, so I knew you could not come back.

\*\*\* Indictments 3:

1.In Hugo Boss, the laughs were their right, they can do anything, but except me. They can discriminate me with a small group, if I said no, I must get punishing revenge of warning papers.

2.See the 3, on 05/13/2016 to the DFEH.

---------------------------------------------------

\* Translation 4:

1.2 2/17/15 4:30pm第3经理Ron看我送客户Fitting room，就用菲律宾英语说IT'S MINE! 我微笑说No!，我已服务他两次了，肯定不是你的；他尴尬地承认I am joking，我和他握手，看他指使收银员Sky抢我Customer，让新来第5经理Andrew 把我引走，合伙抢走$1k多，让我CLOCK OUT! THANK YOU! 次日18th 10am我向Andrew提出申诉STOP RACE DISCRIMINATION。6pm我在后台对Ryn说DISCRIMINATION，Thomas一定会把我开除，Maritza偷听告诉了Laureen。

1.2. 02/17/2015 4:30 PM the 3rd manager Ronaldo Serrano saw me with my client to the fitting room. He said with Philippine-English: "IT'S MINE!". I smiled to say No! I had served him twice, I am sure it's not yours. He was embarrassed: "I am joking". I took hand to him friendly. Then I saw him guiding cashier Mrs. Sky Wilson to rob my customer. Also, the new 5th manager Andrew Feazell drew me away. They together robbed more than $1K. He told me "CLOCK OUT! THANK YOU!" Next day on 02/18/2015 10:00 AM I claimed to Andrew "STOP RACE DIDCRIMINATION!". At 6:00 PM I said it to Ryan Richie for the DISCRIMINATION that Thomas must fire me. Maritza Verdin eavesdropped it and reported to Laureen Sanchez.

\*\*\* Indictments 4:

1.See the 11, on 02/11/2016 to the DFEH. The 3, on 05/13/2016 to the DFEH.

\* Translation 5:

1.3 如果对下文提到的DISCRIMINATION、受伤问题处理感到为难，可以请美国社会和中国人的道义帮助。

1.3 if you think it's difficult to face the DISCRIMINATION and to cure my body that referred in the next, so I can ask America society and Chinese for help of the morality and justice.

2. 为什么我没有离开Hugo Boss

2.1，因为医疗保险。我在11/18/14搬迁新店时因椅子翻滚使我后翻摔倒，砸碎柜台玻璃，这是我自10/20/14到Boss第23次上班，我当时非常尴尬害怕，忍痛爬起来。我来美国时间不长，语言不好，11/9/14来半月就得过书面警告，我担心受到惩罚，当场做了道歉愿意赔偿。我没有医疗保险，相信过几天会好，所以不敢讲。回家后我对家人说，小不忍乱大谋，如果说出来Alex会后悔s了，等于给上层经理找麻烦。上月我曾向你打听医疗保险的事，你说要等三个月后保险公司才来消息。目前小手指转动疼痛，腰背酸疼，有时轻微头晕，希望有消息及早通知我。

2. Why I did not leave Hugo Boss yet.

2.1. Because the medical insurance. I was hurt on 11/18/2014 moving the new store, I fell down toward back destroyed a glass show-counter. This is my 23 rd working day since 10/20/2014. I was very frightened and had to bear the pain. I am not long in the US and language not well, on 11/09/2014 only half month I got your warning paper. I worried to get your punishment again. I said sorry and for payment immediately. I did not have medical insurance and I thought it should be well after several days, so I care not to say. When I came to home I told to family I have to bear it for the job. If I said out that Alex should be regret to hire me taking trouble to her top manager. Last month I asked you the time of medical insurance. You said it should be waiting for 3 months for the news from the insurance company. Now my finger paining by rolling, and paining on back and neck, some time head dizzy. I hope you tell me if it had news.

*** Indictments 5:

1.I have been still keeping the remembering of the hostile eyes and expression from Thomas, two brothers and a woman, and a woman run out to report. If I died they should be lucky.

2.See the 3, on 02/11/2016 to the DFEH. The 5, 07/12/2016 to the DFEH. The 4, on 06/26/2017 to the DFEH.

* Translation 6:

2.2, 我想干好再走。美国反对种族歧视，但Boss例外，同样一件事，别人干可以，我干就不行，背后使坏，但我感谢这些英语老师，热爱全体员工。我的工资低于原工作，不足8小时只能靠Commission 2%，Outlets 80%是华语顾客，我的语言优势、目测对方尺寸、快速优质服务和老员工的业绩宣传有矛盾，刚来时我每天都被偷走$1k-3k。Thomas每天和戈板脸，还让我SMILE! SMILE! 我尝试共赢，为发展客户做了大量工作，尽管我讲风水不穿Boss，工作不吉顺。很多顾客来找我多被其它员工抢走。我多次对大家表示我每天检讨自己，愿意听到批评，否则我不知道问题在哪里，友情比金钱重要，坚持学习《圣经》。我在另找工作，不需要有的店6%Commission or $15，低点也行，但暂时还没有机会，这些都是事实。感谢你一直在保护我，我佩服你的艰难和能力，我是看你面子才忍受。我曾多次表示怀念Brooks Brothers的同事们，喜欢历史文化、质量价格、设计和声望，但愿未来对Boss也能。

2.2. I will leave after getting you are good job. In America it's against racial discrimination, except the Hugo Boss. A same thing someone can do, but I can't. The bad words and things were in my back. But I should thank those English teachers and love all co-workers. My salary is lower than former job, and less than 8 hours it depend on the commission 2%. In outlets there were more than 80% Chinese customers. My language, on eyes measure size, fast and good service just brought a confront to your propaganda for old employees. At the beginning I came I had been stolen almost $1K-3K everyday. Thomas kept cool face everyday even asked me have to smile! smile! I used to try happy in both side. I did many works for developing propaganda for the Hugo Boss, although I never wear it for FENGSHUI reason. The customers finding me were taken by other one. I said I checked myself everyday. And I'd like to hear the criticisms to know where I was wrong. The friendship is more important as I learn the Bible. I am finding other job. I am not for some store of 6% commission or $15, I'd rather lower. But I am sorry no chance at the moment. It's the fact. I thank you protect me, and I do praise your embarrassed hard work with the ability. I had to bear it just for you, hired me. I used to timely express I like the co-workers of the Brooks Brothers, their history, culture, quality, price, design, and the reputation. I hope the Hugo Boss can reach it in the future.

*** Indictments 6:

1.There are two reason still hooking and trapping me. One is work injury, one is the bad reputation by their forced and power of waring paper records. They do not care of no shame, shamless in the cesspool, manurepit. But I do.

2.See the 2, 3, on 06/26/2017 to the DFEH.

* Translation 7:

4. 什么叫Boss

Summary 3 words: Boss=5+2, there are no manager except one, there are 2 standards that one is to this Chinese. The 5 is Thomas、seller Juan、Joel brothers、No.3 manager Ron、No.4 manager Laureen、The 2 is seller Maritza、cashier Sky。5+2 group架空了Alex, 其它人都要看他们脸色, 内部勾心斗角, 如2/10/15 12pm Laureen robbed Sky about $500, Sky背身不敢回头。

4.What is Boss.

Summary 3 words: Boss=5+2, there are no manager except one, there are 2 standards that one is to this Chinese. The 5 are Thomas, seller Juan, Joel brothers, No. 3 manager Ron, No. 4 manager Laureen. The 2 are seller Maritza, cashier Sky. 5+2 group make a figurehead for Alex. Another co-workers have to see their face, for the inner store with intrigue and messed. For example on 02/10/2015 12:00 pm Laureen robbed Sky about $500, but Sky did not dare to see just turning her own back.

*** Indictments 7:

1.In the Hugo Boss, the big fishes ate small fishes. I am one of the smaller fishes, but a hart fish.
2.The name of employee: (full time and part time)
1. Alex Lucero  2. Thomas Escalera  3. Ronaldo Serrano  4. Tiffany Doss  5. Laureen Sanchez
6. Juan Garcia  7. Lisa Yang  8. Joel Soto  9. Maritza Verdin  10. Kacie Schmidt
11. Ryan Richie  12. Fei Ye
13. Sky Wilson  14. Cathy Macias  15. Evan Roberts  16. Jesse Almanza
1. Steve Curiel  2. Carlos Jovel  3. Justin Nelson  4. Arely Benitez  5. Andrew Feazell
6. Gilberto Garcia  7. Taryn Curry  8. Jason Rodriguez  9. Andrea Betancure
10. Janet Lemus  11. Laura Pohst  12. Kailynn Baker

-------------------------------------------------

* Translation 8:

5. 几个为什么。

5.1为什么JOKING? 2/8/15 Juan指使Store Keeper Even趁我找衬衫时, 在静静的库房里突然冒出来对我耳朵大喊shout thunder, 惊吓我心跳缓不过神来, 走出库房后看见Juan站在收银台前对我大笑BAY! BAY! HAHA! YOU SCAED! YOU SCAED! HAHA! 其它顾客都在看, 我注意voice, 微笑说, 不要把我吓出病来, 不可以这样; Juan大笑说NONONO! THIS IS AMERICAN JOKING! 我知道Even小伙子为人忠厚, 被人利用, 以后每次进库房我都提心吊胆Juan的JOKING。

5.Several Why.

5.1. Why JOKING? 02/08/2015 Juan instigated the store Keeper Even suddenly aiming my ear closed my backhead to shout a thunder when I was in silent store lower to find shirts. I was frighten on heart and head echoing dizzy. When I went out the storage I saw Juan laughed loudly at me far away at the front platform "BAY! BAY! HAHA! YOU SCARED! YOU SCARED! HAHA!" All clients saw me. I controlled my voice with a smile to Juan: "You can't frighten me to be sickness. You can't do that. Juan laughed loudly. "NONONO! THIS IS AMERICAN JOLING!" I knew Even is a good guy, and he was used as a gun by Juan. After that day I have to be very careful and upset into storage for protecting the JOKING from Juan.

*** Indictments 8:

1.Juan Garcia, a lie person made mnay perjuries and mislead this case. Juan has to be on the court to answer my question to check the perjuries. Juan is the most important one on this case. Many people were mislead by him.
2.See the 10, on 02/16/2016 to the DFEH. The 5, 07/12/2016 to the DFEH. The 7, on 06/26/2017 to the DFEH.

12

* Translation 9:

5.2 为什么我刚来时Laureen、Maritza多次打听隐私？像Spy探谁是我太太？让我家人尴尬不安，她俩多次取笑我太太的名字。12/26/2014圣诞节多次追问脏话bad word怎么说？Tell me, I'll keep it secret，不然我去问(指我太太)。我回家对太太说：想不到Boss这么低级下流！你不准去Boss，否则死定了，我都后悔粘它，他们什么都能干得出！这就是11/28/2014中国顾客调换商品时不听多次劝告，让我发脾气的原因，中国人有自己们的语言和解决方式，必要时超越Boss规定，我有责任保护顾客，大家都能听懂。一周后12/6/14警察来调查讲西语顾客偷盗案。

5.2. Why Laureen Sanchez and Maritza Verdin timely asking my private at the beginning I came? It was like a Spy to inquire who is my wife. The both let my family upset. The both timely joked my wife's name. On 12/26/2014 Christmas Day the both timely keeping asking how to say bad word "Tell me, I'll keep it secret. If no. I will ask "M" (my wife)". I said it to my wife at home: "I can't image the Hugo Boss so dirty and lewd! You never go to the Boss, else you will be dead meat, I totally regret touched it. They can do what every dirty they can!" This is why on 11/28/2014 a Chinese customer wanted change he bought and he ignored my timely warning that finally I got angry. Between Chinese it could use own language to solve the problem by my own, if necessary it should be better than the rule of the Boss. I have responsibility to protect my customers who understood my meaning. Just after one week on 12/06/2014 the police came to the store to investigate a case of the Spanish language customers stealing, Alex told me.

*** Indictments 9:

1. I do ask Laureen and Maritza to court, welcome your parents and husband too, face to face to answer my question. See the 7, on the 02/11/2016. The 5, And else, 07/12/2016 to the DFEH. The 2, Third, on the 06/26/2017 to the DFEH.

2. I avoided many traps. I hope Alex answer my question why you only showed me a video and only talked with me for the case on 12/06/2014. You could have a meeting to all co-workers. You were clearly to point a Chinese woman that you did not have any evidence, just by your mouth to make false stories I did not give you any chance to trap me. It was written in your paper warning with your misused power. See the 6, on the 02/11/2016. The 6, Fourth, Fifth, on the 06/26/2017 to the DFEH.

* Translation 10:

5.3为什么11/23/14 Thomas可以对我搜身？很凶TAKE OUT! TAKE OUT! 没收Coupon，禁止我动电脑，我像战俘一样立正。当晚Maritza抢我四川客户$1k皮夹克，Thomas又激训我一次。1/23/14我回答顾客VIP Coupon，他板脸说YOU CUT MY COMMISSION! 之后我吓得隐瞒过无数顾客，没人原谅这个中国老头的难处。

5.3. Why Thomas can made the body search to me on 11/23/2014? with fierce loudly: "TAKE OUT! TAKE OUT!" to force me take out a coupon and stopped my right to touch the computer. I was like a prisoner of war to stand straight up. At that evening Maritza robbed my $1K leader jacket from my customer who came from Sichuan. Thomas rebuked me one time again. 01/28/2014 I answered a customer about VIP Coupon. He said with cool face: "YOU CUT MY COMMISSION! After that it had me frighten to conceal to numerous customers and no one understood the embarrassment of a Chinese old man.

*** Indictments 10:

See the 4,5, on 02/11/2016 to the DFEH. The 3.3, on the 05/13/2016 to the DFEH. The 5, Further third, 07/12/2016 to the DFEH. The 5, on 06/26/2017 to the DFEH.

13

\* Translation 11:

5.4为什么降低他人的社会评价没人管？10/31/2014是我主动找Thomas征求意见，他写成Thomas had to explain to….。 1/23/15 Thomas状告我smile是歧视对方的SIZE，而事实证明是编故事。2/11/15 4pm Thomas 斜眼潮笑我吃方便面，HAHA，NOODLE! NOODLE! 我学了很多英语骂人技巧。表扬过我的顾客有很多，一半来自Caucasian，华人/韩国更感动，都没有书面记录，其它人的表扬都挂在墙上，而有一对男女中国留学生误解我的投诉却被写进书面指控。

5.4. Why no supervision to stop someone reducing my personal social evaluation? On 10/31/2014 it's me, actively to ask Thomas the suggestion, but he had it changed to be "Thomas had to explain to...". On 01/23/2015 Thomas accused me to Alex that my smile was a discrimination to the size of a customer, in the fact, he was making story. On 02/11/2015 4:00 pm Thomas jeered with hostility eyes to me while I eat noodle: "HAHA, NOODLE! NOODLE!" (I was quit carefully in 15 mins rest time, his meaning of too cheaper I eat". I learned many skill in English to know the meaning of shame and abusing to me. There are many customers praised me whose praises over half were from Caucasian. The praises from Chinese and Korea customers are even more touched me. All praises were not recorded. In contract, the praises for my co-wokers, between inner group mostly, are on the wall. Just only a pair of Chinese richer students misunderstood my favor meaning that was wrote into warning paper against me.

\*\*\* Indictments 11:

See the 2, 6, 8, on 02//11/2016 to the DFEH. The 3, on the 05/13/2016 to the DFEH. The 5, on the 07/12/2016 to the DFEH. The 5, 6, on the 06/26/2017 to the DFEH.

\* Translation 12:

5.5 为什么Thomas禁止我收账？1/28/15 上午Thomas抢我两套西装$1k。上周库房管理员帮他卖西装，这个顾客本应是我服务，他发财后就跑到库房又跳又唱。

5.5. Why Thomas stopped my right to use computer. 01/28/2015 in the morning Thomas robbed my two suits worth of $1K. Last week the storage keeper helping him to sell suits who in fact belongs to me. After got money he went back to sang and dance

\*\*\* Indictments 12:

1. Thomas robbed and humiliated my right. All people know it. You needs a mirror to check goblins by your own.
2. See the 9, on 02/11/2016 to the DFEH.

-------------------------------------------------

\* Translation 13:

5.6 为什么中层经理Tiffany会离开Boss？我看到她两次哭，最后是哭着走的。11/9/2014 Alex和Tiffany找我谈话时，我也曾欲哭无泪，曾暂停跑到卫生间控制情绪，在Boss的下场让我很迷信。

5.6. Why the manager Tiffany had to leave the Boss? I saw her weep two times and in her last time of the job she left with weeping. On 11/09/2014 Alex and Tiffany used to talk with me. I also used to be pressed by your power even to lost control to suspend the talking hiding in the restroom. The bad ending career in the Boss let me believe the FENGSHUI.

\*\*\* Indictments 13:

1. On 10/25/2014 at 8:00 pm, this is my fourth working day, I reported my claim to the manager Tiffany Doss for Juan Garcia robbed my customer. What she said, please ask her.
2. See the 5, After that, on 07/12/2016 to the DFEH. The 2, 3-Third, on 06/26/2017 to the DFEH.

-------------------------------------------------

14

* Translation 14:

5.7 为什么Juan, Joel亲哥俩可以在同一岗位工作? 是Hugo Boss的回避制度导致5+2拉帮结派, 容易产生种族歧视, 11/18/14我摔倒后5+2的态度和其他人完全两样, 我做一点小事马上就能传遍。有顾客埋怨"我没有人服务呀?"、"你们上班聊天GAGA大笑太森人" 12/5/14 6:30pm中国女孩给爸爸买皮包时对我说害怕Thomas。

5.7. Why Juan and Joel brothers can work in same time and same work? In the Hugo Boss there are no avoiding rule that lead to form a small group, to pressed the weak one, and easy to make racial discrimination. On 11/18/2014 after my fallen injury the attitude of the 5+2 are very difference with other co-workers. When I just did a little thing that have been over passed all co-workers. Some customers complained to me "Why no one service?", "Your big laugh, GAGA, in working time are too scared, frighteningly." On 12/05/2014 6:30 pm a Chinese girl bought a leader bag who said be afraid to Thomas."

5.8 为什么贪婪如狼喂不饱? 我刚来时有几百件衬衫散落, 有一天我折叠了80件, 把时间和客户让给同事们。我送出$1k Customer给Juan 2 times、Maritza 2 times, 1/23/15脱结账时Joel没有服务顾客, 却向我讨要了4 shirt 1 suit, 2/4/14 Juan joking向我要西装没答应。2/18/15 3pm Juan, Maritza瓜分近20名顾客, 我不敢插手。2/17/15有一女顾客问看样品时被Juan抢前, 我笑他手太快了, 和他Joking时他还笑; 6pm Juan再抢我的顾客 (戴帽子) 时没成。

5.8. Why they are so wolf greedy never to be full. At the beginning I came there were hundreds shirt messed hanging, which I folded 80 shirt in a day. I offered my time and clients to my co-workers. I sent a customer $1K to Juan 2 times, Maritza 2 times. On 01/23/2015 evening when I took money on the computer, Joel not service this customer, but ask me for 4 shirts and 1 suit. On 02/04/2014 Juan was joking to me asking suits that I said no. On the 02/18/2015 3:00 pm Juan, Maritza shared nearly 20 customers while I dare not to answer questions from customers. On 02/17/2015 a woman customer asked me for showing, Juan took ahead of me, I smiled him too fast with joking him while he is smile too. 6:00 pm he robbed my customer, wearing a hat, I did not agree him."

5.9 其它问题。 5.9 others.

*** Indictments 14:

1.The video on 2/17/2015. See above the Indictments 1, 2. The 12, 02/11/2016 to the DFEH. The 2, 3.4, on 05/13/2016 to the DFEH. The 6, 07/12/2016 to the DFEH. The 8, on 06/26/2017 to the DFEH.

2.I hope the DFEH, Mr. Jerone Edward and your supervisor to court answer the questions. In your emails on July 13, 2017 4:44 PM, which just belong to one case only. Please show the public list you really won before, no boast. You lied and stole government name and power, but no any real things to do. It needs a "TAKE ACTION" to know the details.

------------------------------------------

** 02/22/2015, SU.

From: postmaster@mail.hotmail.com <postmaster@mail.hotmail.com>

Sent: Sunday, February 22, 2015 4:20 PM  To: baychay@hotmail.com

Subject: Delivery Status Notification (Failure)

This is an automatically generated Delivery Status Notification. Unable to deliver message to the following recipients, due to being unable to connect successfully to the destination mail server. luis_roman@hugoboos.com

------------------------------------------

** 02/21/2015, SA.
From: postmaster@mail.hotmail.com <postmaster@mail.hotmail.com>
Sent: Saturday, February 21, 2015 4:22 AM  To: baychay@hotmail.com
Subject: Delivery Status Notification (Delay)  This is an automatically generated Delivery Status Notification. THIS IS A WARNING MESSAGE ONLY.  YOU DO NOT NEED TO RESEND YOUR MESSAGE.
Delivery to the following recipients has been delayed. luis_roman@hugoboos.com
-------------------------------------------

** 02/20/2015, FR.
From: chay Bay <baychay@hotmail.com>  Sent: Friday, February 20, 2015 4:20 PM
To: luis_roman@hugoboos.com  Subject: from Bay(Fei)
Dear Mrs. Luis Roman,  I am back to home, thanks for your conversation on 3pm Feb. 20 2014, this is my email,  your telephone is 212-940 0838 right, but sorry for my English listening not well, so I will write Chinese first and than into English.
my cellphone is 909-280-1105  best will,  Bay(Fei)
-------------------------------------------

From: chay Bay <baychay@hotmail.com>  Sent: Friday, February 20, 2015 11:18 AM
To: Alex_Lucero@shops.hugoboss.com  Subject: From Bay
Dear Alex,  how about you? I knew and heard that you are sick, I hope you will be better. I heard you could not be back to work, so if you like to hear my words, I will write it on Chinese and then into English, that should need some days. But now, the first things to do, I hope you can overcome sickness.  Best blessing,  Bay

**Attachment 2: To the DFEH, (06/26-07/14/2017), (05/13-07/12/2016), First Claim (02/11/2016)**

To the DFEH, (06/26/2017-07/14/2017)
** 07/14/2017, FR.
From: chay Bay <baychay@hotmail.com>  Sent: Friday, July 14, 2017 12:23 AM
To: Edwards, Jerone@DFEH
Subject: Re: From Fei Ye, DFEH Numver: 742462-209562 Ye/Hugo Boss Retail Inc.
RE: Provide evidence  DFEH Numver: 742462-209562  Ye/Hugo Boss Retail Inc.
I provide those individual evidence below. Please investigate it one by one. "Let the people know the facts, and the country will be safe." Abraham Lincoln.
1. Please take an official record of investigation and denied details. This is not only racial discrimination, but also being a new case of civil suit or class action. I noticed some perjuries to DFEH. One of the evidence is "altercation, stuck, hitting" at item 5 and 6 on the letter of DFEH on June 30, 2017. The cut video is best evidence too. The fact is that 5 second earlier my co-worker Mr. Juan Garcia was talking to me. A customer asked me in Chinese. But Juan, you jumped over so funny and quickly. I was shamed for you and smiled to you, for it is not worth of small commission. No any "altercation". You did perjury because cut video. In your video I never touched you, but a POINT closed your back with smile joking. I was learning vice store manager Mr. Thomas Escalera did POINT on my chest. (See below 4th). I was learning Juan, you did "AMERICAN JOKING" to me. (See below 8th). Your perjuries violated the science, the Newton's law, physiological reaction, and developing law. We will test it on a court. Your new words brought either to assault and battery against law or to frame me. The offender of intentionally conceals the facts must be investigated its legal liability. My employer indicated that it was all of the aforementioned re-occurring events that let to my termination and racial discrimination.

2. Please take an official record of investigation and denied details. I was subjected to discrimination against my national origin (Chinese) because Mrs. Alex Lucero let me translate into Chinese "Moving the store 11/18-11/21 closed". (see the attached picture on the former door on 11/18/2014). Why not Spanish? Why special aimed at Chinese? If it was fair OK, Let regional manager Mrs. Angelique Meurer, store manager Mrs. Alex Lucero, Thomas deny the 3-7th below.

3. I had been rejected for my (our) national origin by my asking for translate their "Return Policy" English into Chinese because all Chinese did not know it. Why the sign of polity was printed on a size of two small business card? Why not in the same way the 2nd? My employer, you were not a demonstration of sportsmanship with aggressively competing for Chinese customers, but rather a trace of trickster towards all Chinese.

4. I had reported it to 3 managers by email on 02/19-23/2015. I have been insulted and discriminated because of my (our) national origin and race. On 11/23/2014 at 5pm Thomas, you did finger point on my chest, with hatred eyes yelled to me: "TAKE OUT! TAKE OUT!". You forced me to take out a coupon, and you fiercely teared it into trash. I stand up being like a prisoner. You did not allow me to tell Chinese. You were not a demonstration of sportsmanship with aggressively competing for Chinese, but rather a lower of robber towards me.

5. I had reported it to 3 managers by email on 02/19-23/2015. I have been discriminated because of my (our) national origin and race. On 01/23/2015 at 5pm Thomas, you staring at me yelled rudely: "YOU CUT MY COMMISION! YOU CUT MY COMMISION!" because of my reaction: "Yes" to Chinese customer asking coupon. I am hardly to copy your lie. See the 2-5th, you were not a demonstration of sportsmanship with aggressively competing for Chinese customers, but rather a torrent of rage towards me.

6. I have been discriminated because of my (our) national origin and race. On 11/23/2014 at 5pm I asked Thomas why we joined the coupon book and keeping secrecy to customer who knew it already. You dismissed me with a wave of hand impolite: "WE ARE FAMOUS. THEY (CHINESE) DON'T MIND THE PRICE". You forced me to lie and punished my love for my national fellows. See the 2-6th, you were not a demonstration of sportsmanship with aggressively competing for Chinese customers, but rather a variety of racist towards me and all Chinese.

7. I had reported it to 3 managers by email on 02/19-23/2015. Please take an official record of investigation and denied details. This is not only racial discrimination, but also being a new case of civil suit or class action. I (and my wife) have been discriminated by sales manager Mrs. Laureen Sanchez & Mrs. Maritza Verdin. Give me the burden of evidence inversion that your race, your religion or family have right or custom to "BADWORD" to dirty other national language. On 12/26/2014 at 2pm, a shamed Christmas day, the both shameless keep asking "HOW TO SAY BADWORD? NO? I'LL ASK M( my wife)". To whom to insult after learning? In Hugo Boss only 2 months. How about long? As usual, the 2-7th indicated that it was all of the aforementioned re-occurring hidden covered racial culture and dirty mess racists that let to racial discrimination.

17

8. I had reported it to 3 managers by email on 02/19-23/2015. Please take an official record of investigation and denied details. I have been insulted and discriminated because of racial culture "AMERICAN JOKING" by Juan and Mr. Joel Soto. On 02/08/2015 at 4pm Juan brothers let Mr. Evan Roberts frighten me twice with big scream thunder on my ear to dizzy. Juan, you was exciting and laughing in hot emotion crazy loudly: "NONONO! THIS IS AMERICAN JOKING! THIS IS AMERICAN JOKING!". The 1-8th indicated that it was one of the aforementioned re-occurring events that let to racial discrimination. You are not a demonstration of sportsmanship with aggressively competing for customers, but rather an upgrade of abuser, very mean, shameless, towards my spiritual.

9. I had reported it to 3 managers by email on 02/19-23/2015. I (and my wife) have been discriminated because of our national origin and race. Laureen & Maritza did spy my wife, joking her name, and gave us unsafe disturbed feeling. Otherwise, Alex showed me a video of spook Spanish on 12/06/2014 at 4pm. Why you claimed Chinese women stole too. Why Chinese women? Not men? Why no evidence? Why did not have a meeting? Why talked with me alone? Why no warning paper? The 1-9th indicated that it was one of the aforementioned re-occurring events that let to racial discrimination.

10. This evidence is overwhelming include lawyers and the insurance. The letter of DFEH on the item 6-7 indicated the interview of two managers, two co-workers made perjury. It is not only racial discrimination, but also being a new case of civil suit or class action to know how many victims. I had reported it to 3 managers by email on 02/19-23/2015. Please take an official record of investigation and denied details. Angelique, Alex, Thomas, and 10 managers who work in LA & Las Vegas stores, why did not send me to doctor after my work injury? Why gave me cold distinct eyes? On 11/18/2014 I fell down rolling towards on my back and head on a glass counter (see attached picture). I was fear of your twice injustice warnings that I had refuted face to face. Your right with arrogance indicated that it was one of the aforementioned re-occurring events that let to racial discrimination.

11. I had reported it to 3 managers by email on 02/19-23/2015. Please take an official record of investigation and denied details. I was subjected to disparate treatment because of my language. I hope class action to help victims. Check my paper work on 10/12/2014. Why the $10 was slashed to $9? What cheating trick did you use to $10 input? Why Alex promised to balance it instead later suits and benefit? Why you pressed me against my will? The 1-11th indicated that it was one of the aforementioned re-occurring events that let to racial discrimination.

12. I was subjected to disparate treatment because of my national origin and race. Alex said they have all right to dismiss me, no reason, any reason, I have no right to claim, and I have to give up my right. Check my paper work on 10/12/2014. Which laws supports your right of racial discrimination to have me in the corner and let me down?

13. The same, I was subjected to disparate treatment and no equal pay for equal work because of my national origin and race. On 10/31/2014 at 6pm I invited Thomas asking for advice. Thomas, you showed me on a paper why hiring me: "Here fives fingers are like customers that will be more. Now we were able to care of the third or the fourth. We hope you take the rest one". Ok, the rule meaning clearly: We eat first, you eat dog foods leftover. "separate but equal" or "unequal treatment". See the letter of DFEH on June 30, 2017, item 1-3 are not in truth.

14. Please take an official record of investigation and denied details. I was subjected to disparate treatment because of my national origin and race. Thomas had been restricting my sales for long time. Until 11/23/2014 at 5pm, Thomas yelled impressively: "DO NOT TOUCH COMPUTER! DO NOT TOUCH COMPUTER!". I was restricted access. I had to wait your free time and smiley begging dog foods leftover. The witness: Thomas, Alex, and sales man Mr. Ryan Richie, store keeper Mr. Evan Roberts, Mrs. Cathy Macias, Mr. Jesse Almanza. Also manager Mr. Ronaldo Serrano. It is not facts on the letter of DFEH on June 30, 2017, item 1-4. It's not fair to interview 2 managers and 2 co-workers that are same racist group.

15. I had reported it to 3 managers by email on 02/19-23/2015. I was subjected to disparate treatment because of my national origin and race. On 11/23/2014 at 7pm Maritza stole my commission of a leather jacket $999, my dog food leftover. Thomas roared to blow up: "SHE IS NICE! YOU LET HER UPSET!". I told it to Alex twice, but dumb silent. How about "NICE"? My employer indicated that it was all of the aforementioned re-occurring events above that let to mess racial culture as usual. You are not a demonstration of sportsmanship with aggressively competing for customers, but rather a bold of thief, a dirty of umbrella, together towards me.

16. Please take an official record of investigation and denied details. I was subjected to disparate treatment because of my national origin and race. Based on the rule "separate but equal", Thomas had been restricting my sales for 4 months (Since 10/20/2014). Until 2/10/2015 12pm I got a fitting-room key by Mr. Andrew Feazell (Part time before) also witness. But at 1:45pm Alex with Laureen gave me a warning paper. For that I also had refuted face to face, and by email on 2/19-23/2015. It's wrong on the letter of DFEH on June 30, 2017 item 4.

17. I had reported it to 3 managers by email on 02/19-23/2015. This evidence are on the computer or the schedules with payments. I was subjected to disparate treatment because of my national origin and race. Laureen, you also restricted my sales with Thomas. On 10/29/2014 at 7:30pm, and 11/8/2014 at 5pm you gave me warnings to shield Juan. For that I had refuted face to face. On 12/20/2014 at 1:30pm you drove me out of the store for schedule was changed (1:30-10:30pm to 2-11pm). Killing my time and I was forced to work over time. On 1/15/2015 at 5:50pm(Schedule to 6:30pm), 1/24/2015 at 7pm(Schedule to 7:30pm), 1/28/2015 at 6pm (Schedule to 6:30pm), how many times did you stop my busy work earlier back home? You are not a demonstration of sportsmanship with aggressively competing for customers, but rather cutting my dog food leftover.

18. I had reported it to 3 managers by email on 02/19-23/2015. I was subjected to disparate treatment because of my national origin and race. Alex, you are so mean, even nothing of dog foods leftover. I got praises by difference customers. 5 big one for instance: To Alex on 11/28/14 at 9am, on 11/29/14 at 9am, on 11/29/14 at 3pm, and 11/30/14 2pm (In Black Days all commission are shared). To Angelique on 1/27/15 3pm. But you both sent me coldly faces with embarrassed eyes as God helping me. All praises are on the wall, except me. Please hearing opinion by part time job co-workers: Steve Curiel, Carlos Jovel, Justin Nelson, Arely Benitez, Andrew Feazell( Full time later), Gilberto Garcia, Taryn Cuny, Jason Rodriguez, Andrea Betancure, Janet Lemus, Laura Pohst, Kailynn Baker.

19

19. This is not only racial discrimination, but also being a new case of civil suit or class action to know how many victims. Please take an official record of investigation and denied details. I was subjected to disparate treatment because of my national origin and race. It damages my health. On 2/15/2015 I was forced to work overtime to 11:05pm(Schedule is 12:30-9:30pm). I had work injury(see the 10th). I was also big scared on 2/8/15 at 4pm by Juan (see the 8th). I drove home with dizzy and dangerous. The letter of DFEH on June 30, 2017 1-6 are made by perjury.

20. I noticed the letter of DFEH on June 30, 2017 item 5 about (4) counseling, (5) more infractions, and even others. Where is my claim on same day face to face? Where is your warning paper? If it was all mines, it is hard to believe your documents are in truth, are not written by racists. I also have my warning of refuted by email on 02/19-23/2015 and also this one. It's best warning paper to Hugo Boss. Let all victims together fight for us.

21. Whichever of the 1-20th you choice are individual information of evidences. Some of them will be new cases of civil suit or class action. It indicated that it was all of the aforementioned re-occurring events that let to racial discrimination. The lair, the perjury, the offender of intentionally conceals the facts must be investigated its legal liability.        Fei Ye

-----------------------------------------------

** 06/26/2017, MO.
From: chay Bay [mailto:baychay@hotmail.com]  Sent: Monday, June 26, 2017 2:25 PM
To: Edwards, Jerone@DFEH <Jerone.Edwards@dfeh.ca.gov>
Subject: 6/26/17 2:30pm from Fei Ye
Dear Mr. Edwards,  Please check this one.  Thank you!  Fei Ye
To Who it may concern,
    In Hugo Boss I was used to be no dignity. I was accustomed to be like a pig, dog, or lamb. It's truth rising my hand and facing our national flag to swear.

1. Unfair Recruit. On 9/19/2014 at 2pm Mrs. Alex Lucero, the Hugo Boss store manager, came to my former store for an invite. I was scared. On 9/21/14 she offered me a deal of "$10/h + 2% commission + full time & insurance" and I have to quit my job. On 10/12/14 Alex called me if $9 acceptable. I said NO. On 10/13/14 from 2:15-4:00pm during the paperwork, suddenly Alex said that she could not input $10 on the computer, but $9 OK you see. I was embarrassed and hot. She promised to balance it instead later suits and benefit. Then I had to slash the $10 to $9, the signing against my will by a mean low trick. Alex represented the company. If it's not an unfair, dishonest recruit, if it's not disparate treatment or disparate impact special to me, so the Hugo Boss have to return owned the $1. As I was an only Chinese employee, it's hard to say without rice discriminate. It's also a big personal and business credit, even against the law. The first question will decide next below.

2. Three Items of Warning & Harassment. On 10/20/14 it was my first working day. I got bad feeling for my co-worker Mr. Juan Garcia who stole or cut my customers, by helping of his brother Joel Soto. For instance, On 10/22 I lost $2,200. On 10/25 I lost $1,500, for that I declined with thanks for a 50's old customer by $20 as compensation, for that I told to sales manager Mrs. Laureen Sanchez on 10/29. On 10/25 at 8pm I told to sales manager Mrs. Tiffany Doss about Juan. She said why I heard him too? ( She leaved the store on 12/31/14).

20

Mrs. Maritza Verdin, Sales woman, overheard my words passing on his group. She was 2nd thief in my eyes. On 10/28/14 at 12pm Juan did it again. I did not bear and openly angry. I failed hard times to prevent thieves while servicing customers.

Second, On 10/29/14 at 7:30pm Laureen invited me have a talk. I replied I was like a doormat. Juan came by loudly"WE ARE A TEAM! WE ARE A TEAM!", sound nice. I welcomed communication. I did generous, but it's unfair too far.

Third, Otherwise I also upset for Laureen and Maritza. The both women so curious who were like spies to another store to see who is my wife. Some asking or joking the name of my wife that gave us unsafe feeling. Even on 12/26/14 Christmas day at 2pm the both kept continue joking "HOW TO SAY BADWORD? TELL ME, I'LL KEEP IT SECRET. NO? I'LL ASK M( my wife)". And then Maritza tried " SHE'S GONE, TELL ME, I'LL KEEP IT SECRET." I shamed and embarrassed for Hugo Boss so dirty side. Who authorized them the right? It will be fair to prove they did not do it to other one.

3. Three Items of Warning & No Right for Equal Pay/Work. On 10/31/14 at 6pm I invited Mr. Thomas Escalera, vice store manager, asking for advice how can I do better. On the warning paper "Thomas had to explain to" was not the truth. The warning of the 10/29 and 10/31 were also not the truth. Thomas showed me on a paper why hiring me. The meaning: "Here fives fingers were like customers that will be more. Now we could take the third or the fourth one. We hoped you take the rest". I was surprised. It means they take first, the leftover for me? I drew it again to check. Yes! I was frozen. Base on his rule I had no right to ask for equal pay for equal work. I had to wait their dog foods.

Second, His group, 5 or 7 corn members, had right to take my customers. Juan or Maritza could hold 2 or 5 in same time. My complains were thought yell or scared. They laughed noisily, spook loudly, or screamed a puppy whirling. They discussed with common sights focus me, to reduce my reputation, to encourage Miss. Kacie Schmidt, a sales girl student, to charge me. On 11/8/14 I fund Mr. Joel Soto cut my customer who bought green sport $1,300 and I took it back.

Third, On 11/9/14 at 6pm Alex with Tiffiny gave me a warning that all totally terrible unfair full with my rumor. I was so angry that I had to rush into restroom to keep calm. I suggested a fair way to avoid contradiction they said NO. As a victim I fell into a cesspit of two factional fighting. All problem came from the messy system or management.

4. Work Injure. On 11/18/14 the store was relocated. I fell down rolling towards on my back and head. A display glass counter was broken. I was fear of their warnings and will be fired. A dozens of store managers from Southern California were around me, no one really care of me or sent me to see doctor. They had got top-class training. They dared to despise the law or the rule of government. If it is not a serious race discrimination, so I was not as good as a pig, dog or lamb. Until 2/25/2015 I asked for help of work injury lawyer. The case has been lasting over 2.5 years, permanent disabled, not finished.

5. Five Items of Abuses. On 11/23/14 at 5pm Mr. Thomas Escalera finger pointed on my chest pocket in the office. His eyes filled hatred "TAKE OUT! TAKE OUT!" I took out a coupon. He fiercely teared it into trash. I was shocked and innocent for no one told me. I stood up like a prisoner in front of Hitler German. The coupon was openly by policy at the door of Outlets. And that one was donated by former customer. If no coupon they didn't buy. It will decline my commission too. I asked why we joined the coupon book and keeping secrecy to customer who knew it already. He said "WE ARE FAMOUS. THEY DON'T MIND THE PRICE". He forced me to lie and punished my love for my customers.

Second, He yelled rudely "DO NOT TOUCH COMPUTER!" Since then, I had to ask for help input. I owed their busy help to Thomas, Alex, and sales man Mr. Ryan Richie, store keeper Mr. Evan Roberts, Mrs. Cathy Macias  or Mr. Jesse Almanza.

Third, It also happened on 1/28/15 at 5pm. A customer inquired me for VIP Coupon. I regretted "YES" immediately. Thomas coldly staring at me " YOU CUT MY COMMISION! YOU CUT MY COMMISION!".

Fourth, on same day 11/23/14 two hours later at 7pm, I saw Mrs. Maritza Verdin on a computer with strange eyes. An English teacher there, her husband not came back. She thanked for my help. A leather jacket $999 had been input under Maritza. I kept smile for a small case. By the rule they told me before, I went to back office for help. After awhile Thomas rudely roared or yelled "SHE IS NICE! YOU LET HER UPSET!". He enlarged it too much. I told it twice to Alex, but silent and never correct.

Fifth, on 1/23/15 at 8pm Thomas made up a story suited me to Alex that I discriminated a customer for size. I invited him to check evidence, and he avoided. I knew he lied. On 2/10/15 at 1:45 Alex and Laureen gave me a warning. I conducted a point-by-point rebuttal of charges. By Laureen talked about Thomas, I was sure that day(1/23) Thomas was a liar. Again, in Hugo Boss I was used to no dignity. I was accustomed to be like a pig, dog or lamb.

6. Six Items of Discrimination. On 11/28/14 Friday, the Black Day, a pair of Chinese students complained me to Alex. She enlarged it to warning paper. The truth is that the boy asked for a slim fit suit. I said no his size and kindly suggested him compare other one. He insisted on check back storage. It's selfish and distrust. There are so many customers need my service. I did not tell him that someone said the red line on Hugo suit is like clothes of died for funerals by folk-custom culture. In my opinion, the boy liked show his English next girl. He owed me a thank you. Second, In the Black Day we shared common commission that diference with former trying the best. I kept my hard work, no lazy, no joking, no conversation, to refold 80-100 shirts/per a day lasting to three months, to reduce my customers, to avoid my first sales or commission. I hardly dare open my worse pain, dizzy, work injure, for that on 2/8/15 I asked Alex for my medical insurance, no way.

Third, I was welcomed by customers. For instance, on 11/29/14 at 9am, a Korea American praised me to Alex and co-workers. On 11/29/14 at 3pm, a couple of Yugoslavian American required to meet YOUR MANAGER (Alex) for a praise. On 11/30/14 2pm an elder spouse American, too. On 1/27/15 3pm a spouse with daughter and son-in-law gave me a big praise to Mrs. Angelique Meurer, Regional Manager, the top of store manager. On the wall of the Hugo Boss office, there are full praises paper, except me. There were eyes by part time co-workers: Steve Curiel, Carlos Jovel, Justin Nelson, Arely Benitez, Andrew Feazell( Full time later), Gilberto Garcia, Taryn Cuny, Jason Rodriguez, Andrea Betancure, Janet Lemus, Laura Pohst, Kailynn Baker.

Fourth, on 11/28/14 the Black Day at 9am, a customer wanted change a jeans. I told him don't take it out, waiting manager. But he did on his way to change. The jeans was messed. I used my LOUD protected myself and him. He came back twice for big praises to Alex. Later I got a LOUD warning paper.

Fifth, on 12/6/14 at 4pm Alex let me watch a video. She said they spook Spanish, stole our shirts $2,000 yesterday. And she also claimed a Chinese woman stole us before. I asked for video or evidence, but nothing. I really doubted his real intention why she did not have a meeting. My TOO LOUD was necessary.

Also Six, every one had a key of fitting room, except me. They restricted my sales. They ate first. I ate dog foods. Until 2/10/15 I asked for a key and then be fired. If above were not insulting against me, if It's not disparate treatment or disparate impact special to me, how to define race discrimination.

22

7. Juan Frightened Me. Mr. Juan Garcia encouraged Mr. Evan Roberts, store keeper, to frighten me. The first time not too bad. The second time he got it, very serious. On 2/8/15 at 4pm I was in the storage lower my head checking shirt. Evan closed on my ear scream thunder "AH!". I scared and head dizzied. When I went out, Juan was laughing loudly: "HAHA! B**! YOU SCARED! YOU SCARED!". All customers focused on my embarrassing. I carefully lower voice:" No, you can't do that". Juan didn't care of my emotion. He still in hot exciting loudly "NONONO! THIS IS AMERICAN JOKING! THIS IS AMERICAN JOKING!". I told Evan my experience in my childhood about scream and responsibility. For his embarrassed I said I am OK. And I did hope no next one. Evan had been duped. He was a smart guy. We used to talk about the Bible. Juan was the head of conspiracy. I understood why Juan hated me, just for money. But I never hated anyone. I was generous and open mind. Especially since the Black Day I offered out my customers trying my best. They were not satisfied. That were not my business. In Hugo Boss I had no safe feeling. I didn't know what happened next day. I was desiring my medical insurance to see doctor.

8. The Video Was Cut. On 2/14/15 Laureen told me "SMILE, SMILE". I felt a strange danger toward me. On 2/17/15 I was played by sales manager Ronaldo Serrano, sales manager Andrew Feazell, and cashier Sky Wilson. The three rudely cut my $1,200 common together. In same day 2/14/15 while Juan talking with me, a woman, next me on my right hand, asked for help in Chinese( Beijing dialect), pointed an item in glass counter. Juan jumped over. He was so funny, quickly. I was surprised. I smiled, as second moments before we were friends. I finger pointed on his back. I smiley said in Chinese. The meaning: "ONLY FOR MONEY, MOENY, MONEY". The woman saw us joking. Juan kept smile too. His brother Joel Soto saw us. I was used to show Thomas style, finger point. I had been learning it for three months. I joked with the classical pose at home too. The original pose filled with fiercely, killed, rudely. I changed it with humor, joking, friendly. It belong to Hugo Boss vice manager Thomas Escalera. He should not imagine that the Hugo Boss finger point style will be a funny story in the WE MEDIA, or OTHERS.

9. Unfair to Be Fired. Due to my worse work injure, I narrowly avoided cars two times. On 2/19/15 I wrote a letter in Chinese to Alex, to suit the discrimination in Hugo Boss. It needs time to translate into English. On 2/20/15 it was Chinese New Year. I also bought a big cake, $25, for my co-workers. At 2:30pm Thomas showed me a video. It was cut. A minute ago Juan cut my customer at first. He also frightened me on 1/8/15. Thomas called Mrs. Luis Roman, Manager of HR service Hugo Boss NYC. She stopped my work immediately to wait for a inform on 2/24/15. I called her. She didn't take it only with ring. I sent emails. She said she didn't know Chinese. If I was a Russian, German, French, or Spanish, it should be fair.    Sincerely,  Fei Ye

** 07/12/2016, TU.
From: chay Bay <baychay@hotmail.com>  Sent: Tuesday, July 12, 2016 1:07 PM
To: Victor Lao   Subject: RE: Please sign Ye Fei DFEH Complaint rev
Dear Mr. Lao,  May use this version, to against Hugo Boss try to deny.  Sincerely,   Fei YE
=============================
THE PARTICULARS ARE:
1.I, Fei Ye, allege that I was subjected to Discrimination by respondent, Hugo Boss Retail Inc. due to one or more Fair Employment and Housing Act protected bases: National Origin - Including language use restrictions, Race.

2.I was Denied a work environment free of discrimination and/or retaliation, Denied equal pay, Terminated. The most recent harm occurred on or around February 24, 2015.

3.My belief is based on the following: I believe I was denied a work environment free of discrimination and terminated because of my national origin (Chinese) and Race (Asian).

4.From 10/31/2014 to 2/24/2015, I experienced disparate treatment from all managers. In my first day doing paperwork, on 10/13/2014 Angelique Meuer, store manager, did not keep her promise, but cut my salary $10 to $9 per hours, she promise balance this $1 per hours instead of suits and clothes lately, until 2/24/2015 not pay it.

5.Second, on 6pm 10/31/2014 I asked Thomas Escalera, Selling manger/ Assistant Store Manager for consulting how to do good job, because a co-worker often take my customers. Escalera explained why hire me with illustrating on a paper "There were five Chinese customers, we can take only fours, we hope you take the fifth, we take customers first, you take rest, and you help us translate" which meant that my co-workers had the first priority to sell to customers and earn commissions.
After that, they issued warning papers on 11/9/2014, 1/24/2015 with oral warning that not in truth with my signature by coercion.
Further third, on 5pm 11/23/2014 Escalera rebuked to me sternly and checked my body for a coupon that was offered free to customers. He did not allow me to touch the store computers, while my non-Chinese/non-Asian counterparts were allowed to use the computers. Also same day he shielded my co-workers took my commission.
In addition, verbal compliments from customers by my co-workers could be posted on the wall, while mines more could be not.
And else, in 12/26/2014 Christmas day, I got a language discrimination by a female manager who asked for how to say Chinese erotic bad words to jeer at me.
Even terribly, in 4pm 2/8/2015 I got a big thunder scare on my ear by a co-worker in the quiet storage, another man enjoyed big laugh loudly "Hahaha, you are scared! you are scared! this is American joking!"

6.Step by step, on 2/20/2015, Escalera showed me a part of security footage of me that was on 2/17/2015 joking with my non-Chinese/non-Asian co-worker (name on file with DFEH). He just cut a early blink this man intercepted my customer rudely, the footage is an available evidence to show discrimination and retaliation. I was reprimanded by Luis roman, Manager of HR service in New York, and on 2/24/ 2015 I was terminated. She rejected my phone calls, emails, my language translate rights. I am aware that my co-worker was not reprimanded or terminated, and they still owned me salary $1 per hours with two times commission.
Overall, above-mentioned discrimination and retaliation truly happened.

** 05/13/2016, FR.
From: chay Bay <baychay@hotmail.com>  Sent: Friday, May 13, 2016 1:52 PM
To: Victor Lao  Subject: RE: Please sign Ye Fei DFEH Complaint
Dear Mr. Lao, I will call you after you reading, see the below:
THE PARTICULARS ARE:
1.I, Fei Ye, allege that I was subjected to Discrimination by respondent, Hugo Boss Retail Inc. due to one or more Fair Employment and Housing Act protected bases: National Origin - Including language use restrictions.

24

2. I was Denied a work environment free of discrimination and/or retaliation, Terminated. The most recent harm occurred on or around February 17 2015.

3.My belief is based on the following: I believe I was denied a work environment free of discrimination and terminated because of my national origin (Chinese) and Race (Asian).

3.1.From October 31, 2014 to February 24, 2015, I experienced disparate treatment from Thomas Escalera, Selling manger/ Assistant Store Manager, in that, Thomas illustrated and said we take customers first, you take rest, that means they have first right to serve customers for commission, I can't.

3.2.On 11/09/2014, 01/24/2015 and lately warning paper to me there are none of one consist with truth facts. All truth answer see my email to Alex Lucero, store manager on the morning 02/20/2015.

3.3.On 11/23/14 5pm Thomas mandatory checks my body in offer room for coupon, that was free taking in the Outlets office. On 7pm he shielded Maritza Vercin, sales woman, took my commission on her name that worth $999 not returned. Thomas didn't allow me to use to store computers anymore, while my non-Chinese/non-Asian counterparts were allowed to use the computers.

3.4.On 2/20/2015 Thomas Escalera, Assistant store manager, showed me a part of security footage of me that was on February 17, 2015 joking with my nonChinese/non-Asian co-worker Juan Garcia , the video is just an important evidence what happened in a minute before. Thomas shielded Juan Garica, sales man, grab my woman customer who came for Beijing China. Thomas also shielded Juan Garcia scared me terribly enough through Even Roberts, store keeper, on 2/8/2015 4pm, Juan Garcia laugh me loudly and called it is America Joking.

3.5.On 2/17/2015 5:30pm Ronaldo Serrano, selling manager, Andrew Feazell, selling manager, Sky Wilson, cashier, common together grab my customers that worth over $1000 not returned. My all co-workers can speak or laugh loudly, I can't, their compliment letters can be hang on the wall, I can't. I was reprimanded and on or about February 24, 2015, I was terminated. I didn't have any right to complain by my language, Louis, NY HR. manager, also didn't get me any change to complain, rejects my question. I am aware that my co-worker was not reprimanded or terminated.    sincerely,    Fei Ye

-----------------------------------------

DFEH, First Claim (02/11/2016)
** 02/11/2016, TH.
The DFEH First Claim in 02/11/2016    DFEH Inquiry Number: 742462-209562
1, 9/19/14 when I was working in Brooks Brothers store I met Hugo Boss store manager Alex , she give me an offer $10/h + 2% commission + fulltime and insurance. When doing paperwork Alex said she couldn't input $10/h but $9/h ok for her computer system, she promise balance it with clothes, but waiting for today no way.
2, 10/31/14 6:00pm I communicated with Thomas asking how to do better, due to here no relatives avoidance system the blood brother Juan working together took my customers. But latter Thomas wrote it as a written warning. He illustrated it why hire me, there were 5 Chinese customers we can take only 4, we hope you take 5th, we take it first, you take the rest of it. I was surprised to draw it again, I am sure just this meaning.

3,   11/18/14 I fell down rolling towards on my back while I was standing on the chair onto a display glass counter when we moved to a new store. I see they were cold face and care of the damaged glass counter, no one sent me to see doctor. I was scared t for 2 times written warning before, so I kept silent. In 2/25/15 I asked Law Offices of Telleria & Levy. LLP for help and got employment injury insurance treatment after my back was serious and worsening. I am sorry in the treatment the Hugo Boss was never cooperated. The doctor report will be finished in the end of February 2016.

4,   11/23/14 5pm Thomas roared at me "TAKE OUT! TAKE OUT!" and confiscated my coupon in my pocket, forbade me tell customers having right getting discount, forbade me touch computer. I was got rebuke just be like a prisoner of Hitler's war.

5,   11/23/14 7:00pm Maritza secretly input a $999 leather jacket under her name that bought by a pair of Chinese customer who clearly claim in English I served them. But Thomas covered her and rudely roared again "She is nice! You let her upset!". In next days I talked two times to Alex, they never return this commission.

6,   11/28/14 a Chinese customer didn't follow my repeating advice taking out his jeans for change that was messed with others, then I have to testify. He came here two times to praise me on Alex, but I got a written warn. The customers praised me more than 20 times personally, another employee's were publicly hang on the wall except me, only written warning.

7,   12/26/14 Christmas day the 4th manager Laureen with Maritza, two women, pressing inquired me to teach: "How to say BADWORD in Chinese? Tell me, I'll keep it secret, No? I'll ask M (my wife)". Maritza continue ask: "She's gone, teach me only, I'll keep it secret." When I got this new job second day, those two women went to another store to spy who is my wife, and joking our names.

8,   1/23/15 the vice manager Thomas complain about me to Alex, he said I smiled to customer was like discriminate his size. Thomas didn't allow me to service him. I knew who is Thomas, so fort to see what happed, in the fact Thomas lied, he often disparaged my public reputation.

9,   1/28/15 in the morning Thomas took my customer who I served early buying 2 suits $1k on his own, and then back to storeroom dancing and sing. 12/10/14, 1/15/15, 1/24/15 7pm, 1/28/15 6pm Thomas with Laureen let me clock out. One day I go to work on time by schedule, but Laureen let me delay waiting 1 hour.

10,   2/8/15 4pm Juan instigated Even back to storage while I was looking for a shirt, he give me a suddenly shout loudly on my ear AH! I was big scared and dizzy. I went out looking at Juan standing by front cashier counter laugh loudly "HAHA! BAY! YOU SCARED! YOU SCARED!". All customers focused in my embarrassing. I very carefully said:" No, you can't!" Juan continue loudly laughed "NONONO! THIS IS AMERICAN JOKING!". They can shout loudly except me. This JOKING let me often jumped wake up in the night and lose sleep to be dawn. I can't file a claim for mental injure because of working less than half year.

11,   2/17/15 5:30pm I served a Chinese customer bought more than $1K that passed one hour. The 3rd manager Ron was jealous "IT'S MINE". I smiled: NO. He appointed cashier Sky to grab it, and pointed 5th manager Andrew talking with me away. In next day morning I say out my objection to Andrew.

12,   2/20/15 11:18am Before going to work I sent an email to store manager Alex to report discrimination and hurt. This day was Chinese Spring festival, at 1:30pm to work I bring a $25 big cake share with my co-worker. Thomas let me see a non-integrity monitoring. In the fact, a Beijing accent woman asked me for item on display, and Juan seize front my march. I see him so impolite and non-manners that I JOKING also leaning him and point his waist, it's no any touch. New York HR. Manager Lius suspended my job on a phone. I file a claim that same with an email to Alex, and offer 3 require. 2/24/15 I was fired, and not get any pay they own me.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( NATIONAL, ORIAGIN, AND RACE Discrimination                    )

*insert title of cause of action*

(As against Defendant(s): Hugo Boss Retail Inc.

_____ )

Plaintiff repeats, realleges and incorporates by reference the allegations contained in all

*Insert ¶ #*

previous paragraphs as though fully set forth at length herein.

Plaintiff is an Asian male born in China.

Defendant discriminated against Plaintiff based on his national origin and race and subjected Plaintiff to adverse employment actions by treating Plaintiff less favorably than similarly situated employees. These acts of discrimination include but are not limited to: failure to promote; denying Plaintiff assignments and promotions; subjecting Plaintiff to greater scrutiny than other

*Insert ¶ #*

employees.

Defendant took discriminatory actions against Plaintiff based on Plaintiff's nation, origin and race.

Plaintiff is informed and believes, and based thereon alleges, that in addition to the practices enumerated above, Defendants, and each of them, have engaged in other discriminatory and harassing practices against him which are not yet fully known. At such time, as said discriminatory and harassing practices become known to her, Plaintiff may seek leave of Court

*Insert ¶ #*

to amend this Complaint.

As a direct and proximate result of the conduct of Defendants as set forth above, Plaintiff has, and will continue to suffer economic and non-economic damages and general and special damages in a sum according to proof, in an amount exceeding the jurisdictional limits of this Court. In addition, Defendant is responsible for interest, penalties, costs, and attorney fees related to this cause of action.

27

*Page Number*

Pro Se Clinic Form

## SECOND CAUSE OF ACTION

(_____)

*insert title of cause of action*

**(As against Defendant(s):** _____

_____)

**Failure to Prevent Discrimination and Retaliation**

**California Government Code§12940, et seq.**

*Insert ¶ #*

52. Plaintiff repeats, realleges, and incorporates by reference the allegations contained in all

53. Defendant has a duty to prevent discrimination, harassment and retaliation, but failed to do so.

54. Plaintiff was subjected to discrimination and retaliation in the course of his employment with Defendant. Defendant failed to take all reasonable steps to prevent discrimination and retaliation

*Insert ¶ #*

from occurring inside the workplace.

55. Plaintiff is informed and believes, and based thereon alleges, that in addition to the practices enumerated above, Defendant has engaged in other discriminatory practices against them which are not yet fully known. At such time, as said discriminatory, harassing, and retaliatory practices become known to her, Plaintiff may seek leave of Court to amend this Complaint.

56. As a direct and proximate result of the conduct of Defendants as set forth above, Plaintiff has

*Insert ¶ #*

and will continue to suffer economic and non-economic damages and general and special in a sum according to proof, in an amount exceeding the jurisdictional limits of this Court. In addition, Defendant is responsible for interest, penalties, costs, and attorney fees related to this cause of action.

# VI. PRAYER FOR RELIEF

Plaintiff prays for relief as follows:

1. For economic and special damages according to proof at trial;

2. For payment of all statutory obligations and penalties as required by law;

3. For pre-judgment and post-judgment interest at the legal rate;

4. For attorney's fees and costs;

5. For such further relief as the Court may deem just and proper.

Dated July 12, 2018                                   Respectfully submitted,

By  F-e: Ye

Plaintiff in Pro Per

Pro Se Clinic Form                                   *Page Number*

29

## VII. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated: July 12, 2018                                Respectfully submitted

By      Fei Ye

Plaintiff in Pro Per

30

Pro Se Clinic Form